IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SYLVESTER SLAY, JR., # 304001,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-10-TFM-B |
| | ) |
| **KAY IVEY.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM OPINION AND ORDER**

On January 11, 2021, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed without prejudice as malicious under 28 U.S.C. § 1915(e)(2)(B).  No objections were filed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.  Accordingly, this action is **DISMISSED without prejudice**, prior to service of process, as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** this 9th day of February, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE